IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:19-CR-302-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **[DOCKET ENTRY NUMBER 61]** |
| THURSTON DARIUS BOBBITT, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 61 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, __30__ day of __July__, 2020.

_____
James C. Dever III
United States District Judge